# UNITED STATES DISTRICT COURT
# 300 QUARROPAS STREET
# WHITE PLAINS, N.Y. 10601

CHAMBERS OF THE HONORABLE
GEORGE A. YANTHIS, U.S. MAGISTRATE JUDGE

## MEMORANDUM

DATE:     December 4, 2006

TO:       Honorable Stephen C. Robinson,  U.S. District Judge

FROM:     George A. Yanthis, U.S. Magistrate Judge

RE:       Transcript of Guilty Plea


    On November 2, 2006 a Rule 11 allocution was taken in the matter of United States vs Griffin  06CR 366(SCR) on consent of both parties before me pursuant to your Standing Order. Please find attached hereto the transcript of the proceeding which sets forth my Report and Recommendation for your consideration.
If I can be of any further assistance in this matter I would be pleased to do so.


                                        Respectfully Submitted

                                        _____
                                        George A. Yanthis
                                        U.S. Magistrate Judge